# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| NATHAN HOYE, | : | CIVIL ACTION NO. **3:17-CV-0626** |
| --- | --- | --- |
| Plaintiff | : | (Judge Nealon) |
| v. | : | |
| SCI HUNTINGDON MEDICAL STAFF | : | **FILED SCRANTON** NOV 1 4 2017 |
| Defendant | : | PER _____ DEPUTY CLERK |

## ORDER

**AND NOW, THIS 9TH DAY OF NOVEMBER, 2017**, in accordance with the accompanying Memorandum issued on this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 10), is **GRANTED**;

2. Plaintiff's complaint, (Doc. 7), is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim for which relief can be granted with leave to amend from twenty-one (21) days of the date of this Order; and

3. Failure to file an amended complaint as directed within the required time and in accordance with the accompanying Memorandum will result in this action being dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

/s/ William J. Nealon
United States District Judge